THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DENNIS SMITH** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | |
| | § | Civil Action No. H-03-5700 |
| **PERFORMANCE FOOD GROUP, INC.** | § | |
| | § | |
| **Defendant.** | § | |

### JUDGMENT

Because of the Court's Memorandum and Order of today's date, **JUDGMENT IS ENTERED** for Defendant. *See* Fed. R. Civ. P. 58(a).

IT IS SO ORDERED.

SIGNED this 21st day of July, 2005.

                                                                            _[signature]_
                                                                            _____
                                                                            KEITH P. ELLISON
                                                                            UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS NOTICE SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.