UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| Dennis Smith, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-03-5700 |
| Performance Food Group, Inc., | § | |
| Defendant. | § | |

## MEMORANDUM AND ORDER

Plaintiff's motion for extension of time to reply to opposition, Docket No. 52, is hereby **DENIED WITHOUT PREJUDICE TO REFILING**. If Plaintiff wishes to refile the motion, he should confer with Defendant as to whether Defendant opposes the motion and should include with the motion a certificate of conference and a certificate of service.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 25th day of October, 2005.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**