UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Dennis Smith, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-03-5700 |
| | § | |
| Performance Food Group, Inc., | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM AND ORDER

Pending before the Court is Defendant's bill of costs. Plaintiff objects to the inclusion in the bill of an $812 charge for an original videotape of Defendant's oral deposition of Plaintiff. Because it finds that the cost of the videotape was actually and necessarily incurred, the Court hereby **APPROVES** Defendant's bill of costs over Plaintiff's objection and **ORDERS** Plaintiff to pay to Defendant its costs in the amount of $3,750.93.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 8th day of December, 2005.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.